**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| MONICA EARL WASHINGTON<br>413 River Wood Drive<br>Ft. Washington, MD 20744<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>KATRINA JOYNER BACON<br>3621 Luke Avenue, S.W.<br>Washington DC 20032<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 17-111 |

**NOTICE OF REMOVAL OF A CIVIL ACTION**

Defendant Katrina Joyner Bacon, through undersigned counsel, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1442(a)(1), 1446 and 2679(d)(2). In support of this notice, the defendant states as follows:

1. Katrina Joyner Bacon is the sole defendant in this civil action styled *Monica Earl Washington v. Katrina Joyner Bacon,* now pending in the Superior Court of the District of Columbia; Civil Action No. 2016 CA 009204 B.

2. On or about December 23, 2016, pro se Plaintiff Monica Earl Washington filed the above-titled action. Plaintiff sent via certified mail a copy of the summons and complaint addressed to the defendant at her workplace, the Gateway Inns & Suites at the Joint Base Anacostia-Bolling. A copy of the complaint is attached hereto.

3. Defendant also attaches a certification, pursuant to 28 U.S.C. § 2679, substituting the United States as the sole defendant in this action for all claims initially brought against the defendant.

4.  This notice of removal is brought pursuant to 28 U.S.C. §§ 1442(a)(1), 1446 and 2679(d)(2), because plaintiff's action against defendant is one in which the district court has original jurisdiction, because Ms. Bacon is a civilian employee of the Department of the Navy who was acting within the scope of her employment at the time of the alleged incidents out of which plaintiff's claim arose.

WHEREFORE, this action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1442(a)(1), 1446 and 2679(d)(2).

January 17, 2017                                  Respectfully submitted,

                                                  CHANNING D. PHILLIPS, DC Bar #415793
                                                  United States Attorney for the District of Columbia

                                                  DANIEL F. VAN HORN, DC Bar # 924092
                                                  Chief, Civil Division

                                                  _____/s/_____
                                                  CHRISTOPHER C. HAIR
                                                  PA Bar # 306656
                                                  Special Assistant United States Attorney
                                                  United States Attorney's Office
                                                  Civil Division
                                                  555 Fourth Street, NW
                                                  Washington, DC 20530
                                                  Office: (202) 252-2530
                                                  Fax: (202) 252-2599
                                                  Christopher.Hair@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on January 17, 2017, I caused a copy of the foregoing Notice of Removal of a Civil Action to be served by first class mail upon:

MONICA EARL WASHINGTON
413 River Wood Drive
Ft. Washington, MD 20744

                                                           */s/*
                                        CHRISTOPHER C. HAIR
                                        Special Assistant United States Attorney